# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACOB WOODS,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>WARDEN BREITENBACH, *et al.*,<br><br>　　　　　　　　　Defendants. | 3:23-cv-00635-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 35 |

　　　Before the court is Plaintiff's Amended Questions to Defendants' Request for Production. (ECF No. 35.) This document appears to be a discovery document. Plaintiff is advised that discovery papers and discovery documents are not to be filed unless ordered by the court. LR 26-7. The exception to this rule would be if the discovery is the subject of and is appended to a discovery motion, response or reply.

　　　Therefore, Plaintiff's Amended Questions to Defendants' Request for Production (ECF No. 35) is **STRICKEN** from the court's docket.

　　　**IT IS SO ORDERED.**

　　　DATED: November 18, 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Craig S. Denney
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge