**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JACOB WOODS, | Case No.: 3:23-cv-00635-MMD-CSD |
| Plaintiff, | **ORDER** |
| v. | |
| WARDEN BREITENBACH, et al., | |
| Defendants. | |

On February 26, 2026, the court issued two (2) orders regarding Plaintiff's medical records and Plaintiff's motion for appointment of counsel. (ECF Nos. 60, 61.) According to the court's docket, those orders were returned as undeliverable noting that Plaintiff is now being housed at Southern Desert Correctional Center. (ECF No. 62.)

Plaintiff is reminded that he must immediately file with the court written notification of any change of address, including moving to a new institution. Local Rule IA 3-1.

**IT IS HEREBY ORDERED** that Plaintiff shall file his updated address with the court on or before **Friday, March 27, 2026**.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to send a courtesy copy of this order, as well as courtesy copies of the court's orders (ECF Nos. 60, 61), to Plaintiff at Southern Desert Correctional Center.

Dated: March 3, 2026.

_____
Craig S. Denney
United States Magistrate Judge