**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JACOB WOODS,

                       Plaintiffs,

   v.

WARDEN BREITENBACH, et al.,

                       Defendants.

3:23-cv-00635-MMD-CSD

**ORDER**

The Court has been advised by the Attorney General's Office that Plaintiff is currently hospitalized and that the timing of the Plaintiff's release from the hospital remains uncertain. The Court has further been advised that, upon release, the Plaintiff will be transferred to High Desert State Prison and will need to be processed into that facility.

Based on the above, **IT IS HEREBY ORDERED** that the hearing scheduled on **Tuesday, April 7, 2026, at 9:00 a.m.** is **VACATED**.

**IT IS FURTHER ORDERED** that the Attorney General's Office shall file a Status Report within **thirty (30) days** advising the Court of Plaintiff's status.

DATED:  March 26, 2026.

_____

CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE